Tax Court of Canada  Cour canadienne de l'impôt

CV-19 80134MISC SVK

2013-4837(IT)G
2013-225(IT)G
2013-2420(IT)G

BETWEEN:



ANGELO PALETTA and
PALETTA INTERNATIONAL CORPORATION,

Appellants,

and

HER MAJESTY THE QUEEN,

Respondent.

LETTER OF REQUEST

TO THE JUDICIAL AUTHORITIES OF the State of California, United States of America;

PROCEEDINGS ARE PENDING in this Court between the Appellants and the Respondent.

IT HAS BEEN SHOWN TO THIS COURT that it appears necessary for the purpose of justice that witnesses residing within your jurisdiction be examined there.

THIS COURT HAS ISSUED A COMMISSION to the Honourable Justice Robert J. Hogan of the Tax Court of Canada in Ottawa, Ontario, providing for the examination of the following witnesses in the State of California, United States of America. The witnesses last known addresses are as follows:

1. Derek Baine
   50 Ragsdale Drive, Suite 200
   Monterey, CA 93940

2. Gina Eskigian
   834 Glenmere Way
   Los Angeles, CA 90049

3. Becki Trujillo
   1601 N Sepulveda Blvd., #728
   Manhattan Beach, CA 90266

4. Schuyler Moore
   1900 Avenue of the Stars, 21st floor
   Los Angeles, CA 90067

YOU ARE REQUESTED in furtherance of justice, to locate and to cause the above named witnesses and, on consent of the parties, any other witness who may be found in your jurisdiction, to appear before the Commissioner by the means ordinarily used in your jurisdiction, if necessary, to secure attendance, and to answer questions under oath or affirmation.

YOU ARE ALSO REQUESTED to permit the Commissioner to conduct the examination of the witnesses in accordance with the *Tax Court of Canada Rules (General Procedure)* and the Commission issued by this Court.

THIS LETTER OF REQUEST is signed and sealed by direction of the Court made on May 16, 2019.

DATED at Toronto, Canada, this 16th day of May 2019.

Issued by ____*Donald MacN*____
Donald MacNeil, Registrar
200 Kent Street
Ottawa, ON    K1A 0M1
Telephone:(613) 944-7758
Fax:(613) 957-9034