# Vivian Esper

| | |
|---|---|
| From: | Baine, Derek <Derek.Baine@spglobal.com> |
| Sent: | February 8, 2019 12:07 PM |
| To: | Vivian Esper |
| Cc: | David Davies; Alexander Demner |
| Subject: | RE: Update |

Hi Vivian. Yes, I have spoken to Robin regarding this case. Unfortunately, we are not going to be able to appear as a witness in this matter. Please let us know if there is any other assistance that you need.

Best,

Derek

CV-19 80134MISC SVK

**From:** Vivian Esper <vmesper@thor.ca>
**Sent:** Friday, February 08, 2019 9:31 AM
**To:** Baine, Derek <Derek.Baine@spglobal.com>
**Cc:** David Davies <drdavies@thor.ca>; Alexander Demner <acdemner@thor.ca>
**Subject:** Update

Good Morning Derek,

I hope you are well.

Did you have a chance to talk to Robin about appearing as a witness at the trial in Toronto (someday between March 11 and March 22)? As David mentioned, we are happy to pay all your expenses plus a reasonable per diem amount.

Best,

**Vivian Esper**
Associate

THORSTEINSSONS LLP TAX LAWYERS

PO Box 49123, Three Bentall Centre
2700 - 595 Burrard Street
Vancouver, BC V7X 1J2

Direct 604.602.4206
Telephone 604.689.1261 | Facsimile 604.688.4711
Website: www.thor.ca

*This communication may be subject to solicitor-client privilege*

This communication may be subject to solicitor-client privilege.

The information contained in this message is intended only for the recipient, and may be a confidential attorney-client communication or may otherwise be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by replying to the message and deleting it from your computer. S&P Global Inc. reserves the right, subject to applicable local law, to monitor, review and process the content of any electronic message or information sent to or from S&P Global Inc. e-mail