

Tax Court of Canada      Cour canadienne de l'impôt

CV-19 80134MISC SVK

Dockets: 2013-4837(IT)G
2013-225(IT)G
2013-2420(IT)G

BETWEEN:

ANGELO PALETTA and
PALETTA INTERNATIONAL CORPORATION,

Appellants,

and

HER MAJESTY THE QUEEN,

Respondent.

---

Trial Management Conference held by teleconference on
May 6, 2019 at Ottawa, Canada.

Before: The Honourable Justice Robert J. Hogan

Appearances:

| | |
|---|---|
| Counsel for the Appellant: | David Davies |
| | Alexander Demner |
| | Vivian Esper |
| Counsel for the Respondent: | Charles Camirand |
| | Nicole Levasseur |

---

### ORDER

WHEREAS a Trial Management Conference was held on May 6, 2019;

UPON motion by the Appellants seeking Directions for leave to examine Derek Baine, Gina Eskigian, Becki Trujillo and Schuyler Moore in California, USA, before the hearing, on oath or affirmation for the purpose of having their testimony to be tendered as evidence at the hearing of the appeal;

Page: 2

AND UPON hearing the submissions of counsel for both parties;

AND the Appellants having requested the issuance of a Commission and Letter of Request with respect to the witnesses referred to above;

THE COURT DIRECTS AS FOLLOWS:

1. The evidence of the witness Derek Baine, 50 Ragsdale Drive, Suite 200, Monterey, CA 93940 shall be taken on oath or affirmation in California, USA, before the hearing and shall be recorded in California at a time and place to be determined.

2. The evidence of the witness Gina Eskigian, 834 Glenmere Way, Los Angeles, CA 90049 shall be taken on oath or affirmation in California, USA, before the hearing and shall be recorded in California at a time and place to be determined.

3. The evidence of the witness Becki Trujillo, 1601 N Sepulveda Blvd #728, Manhattan Beach, CA 90266 shall be taken on oath or affirmation in California, USA, before the hearing and shall be recorded in California at a time and place to be determined.

4. The evidence of the witness Schuyler Moore, 1900 Avenue of the Stars, 21st floor, Los Angeles, CA 90067 shall be taken on oath or affirmation in California, USA, before the hearing and shall be recorded in California at a time and place to be determined.

5. The Appellants are required to pay witness fees in the amount fixed by the Tax Court of Canada in addition to reasonable expenses incurred by the witnesses to be examined by the commission.

6. The Registrar shall prepare and issue a commission naming the Honourable Robert J. Hogan of the Tax Court of Canada as Commissioner to take the evidence of the witnesses for use in the hearing.

Page: 3

7. The Registrar shall prepare a Letter of Request addressed to the judicial authorities of the State of California, USA, requesting the issuing of such process as is necessary to compel the witnesses to attend and be examined before the Commissioner.

THE COURT FURTHER ORDERS THAT:

8. All issues relating to costs with respect to this motion shall be left to the discretion of the trial judge.

9. All expenses incurred by the Commissioner and the Court Registrar with respect to the commission evidence of Derek Baine, Gina Eskigian, Becki Trujillo and Schuyler Moore shall be paid in advance by way of security referred to in paragraph 12 hereof by the Appellants.

10. In light of the Respondent's motion seeking Commission evidence, each party shall bear their own travel expenses.

11. The ultimate reimbursement of costs, including travel expenses, shall be left to the discretion of the trial judge upon the completion of the trial.

12. The Appellants shall deposit with the Tax Court of Canada on or before May 17, 2019 the initial sum of Cdn $20,000.00 as security for the Court's expenses which shall include the expenses of the Commissioner and Court Registrar.

Signed at Magog, Canada, this 15th day of May 2019.

"Robert J. Hogan"
_____
Hogan J.