# THORSTEINSSONS LLP
## TAX LAWYERS

PO Box 49123
Three Bentall Centre
27th Floor
595 Burrard Street
Vancouver, BC  V7X 1J2

Telephone  604.689.1261
Facsimile  604.688.4711
Toll Free  877.616.2200

**Reply To:** Vivian Esper
**Direct Line:** (604) 602-4206
**E-Mail:** vmesper@thor.ca

May 17, 2019

**BY FEDEX**

CV-19 80134MISC

SVK

United States District Court - Civil Intake
ATT: J. Younger/Snook Puli
280 South 1st Street, Room 2112
San Jose, CA 95113

Dear Sir/Madam:

**Re:   Letter of Request - Tax Court of Canada**
*Paletta International Corporation v Her Majesty the Queen* - Appeal n. 2013-4837(IT)G
*Angelo Paletta v Her Majesty the Queen* - Appeals n. 2013-225(IT)G and 2013-2420(IT)G

Please find enclosed the original Letter of Request issued by the Tax Court of Canada, seeking United States District Court assistance to compel witnesses resident in the State of California to testify at the hearing of the above noted proceedings.

One of Appellant's witness, Mr. Derek Baine, resident of the city of Monterey, State of California, refused to voluntarily attend the trial for the above noted Appeals in Canada, as per the attached copy of communication attached hereto as **EXHIBIT "A"**.

Given that the Tax Court of Canada lacks jurisdiction over the State of California, in the United States of America, and, as such, has no ability to compel Mr. Baine to attend the trial in Canada, the Appellants filed a Motion for Commission Evidence. In this Motion, the Appellants requested an order for issuance of a Letter of Request to the judicial authorities of the State of California, seeking assistance in compelling Mr. Baine, among other witnesses, to give testimony and produce documents for use in the Tax Court of Canada Appeals.

On May 15, 2019, the Honorable Justice Robert J. Hogan granted the Appellants' Motion and issued an Order (copy attached hereto as **EXHIBIT "B"**) directing that the evidence of the witness Derek Baine, among other witnesses, shall be taken on oath or affirmation in California, United States of America before the hearing and shall be recorded in California at a time and place to be determined. In this Order, Hogan J. is appointed as commissioner to take the evidence of the witnesses.

www.thor.ca

TORONTO
PO Box 786
Bay Wellington Tower

33rd Floor
181 Bay Street
Toronto, ON  M5J 2T3

Telephone  416.864.0829
Facsimile  416.864.1106
Toll Free  888.666.9998

THORSTEINSSONS LLP TAX LAWYERS                                                                                          Page 2

Section 1782 of the US Code, which deals with assistance to foreign and international tribunals and to litigants before such tribunals, reads as follows:

> § 1782.
>
> *(a) The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made pursuant to a letter rogatory issued, or request made, by a foreign or international tribunal or upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court. By virtue of his appointment, the person appointed has power to administer any necessary oath and take the testimony or statement. The order may prescribe the practice and procedure, which may be in whole or part the practice and procedure of the foreign country or the international tribunal, for taking the testimony or statement or producing the document or other thing. To the extent that the order does not prescribe otherwise, the testimony or statement shall be taken, and the document or other thing produced, in accordance with the Federal Rules of Civil Procedure.*
>
> *A person may not be compelled to give his testimony or statement or to produce a document or other thing in violation of any legally applicable privilege.*
>
> *(b) This chapter does not preclude a person within the United States from voluntarily giving his testimony or statement, or producing a document or other thing, for use in a proceeding in a foreign or international tribunal before any person and in any manner acceptable to him.*

Based on the foregoing, Counsel for the Appellants hereby seeks the enforcement of the Letter of Request dated May 16, 2019, requesting that the judicial authorities of the United States District Court – Northern District of California, order the issuance of a subpoena to compel Mr. Derek Baine to testify and produce documents before the Honorable Justice Robert J. Hogan.

The hearing will commence on **June 3, 2019 at 9:30 am** in the boardroom of the Hilton DoubleTree Hotel located at **2050 Gateway Place, San Jose, California, 95110** and the witness is required to remain in attendance until his examination and cross examination is finished.

Drafts of the subpoena and order, pursuant to § 23:291 of the Federal Procedural Forms are attached, as well as a cheque of US$47.00 corresponding to the filing fee and a cheque of US$1,000.00 corresponding to the witness attendance fee and expenses.

We thank you for your assistance in this matter.

Yours truly,

Vivian Esper
VME:ve
Enclosures