```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611018075
Cashier ID: waltonb
Transaction Date: 05/20/2019
Payer Name: Thorsteinssons LLP
-----------------------------------
MISCELLANEOUS PAPERS
 For: Tx Court of Canada
 Case/Party: D-CAN-5-19-MC-080134-001
 Amount:        $47.00
-----------------------------------
PAPER CHECK CONVERSION
 Remitter: Thorsteomsspms LLP
 Check/Money Order Num: 992787
 Amt Tendered:  $47.00
-----------------------------------
Total Due:      $47.00
Total Tendered: $47.00
Change Amt:     $0.00

SVK
```

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.