Case 5:19-mc-80134-SVK   Document 2-2   Filed 05/20/19   Page 1 of 2

§ 23:291.Order—For execution of letter rogatory—Appointing..., 8 Fed. Proc. Forms §...

**8 Fed. Proc. Forms § 23:291**

Federal Procedural Forms    June 2018 Update

Chapter 23. Discovery and Depositions

II. Depositions

D. Depositions for Use in Foreign Jurisdictions; Subpoenas Under 28 U.S.C.A. § 1783

2. Procedural Forms

§ 23:291. Order—For execution of letter rogatory—Appointing examiner and directing issuance of subpoena [28 U.S.C.A. § 1782(a)]

Summary    Correlation Table    References

*[Caption, see § 23:39]*

The court having received on *[date of receipt]*, a letter rogatory issued from *[name of foreign tribunal]*, of *[name of country]*, requesting this court to cause the deposition of *[name of witness]*, of *[address of witness]*, such address located within this judicial district, to be taken *[pursuant to the procedure for taking testimony specified in the letter rogatory/pursuant to the Federal Rules of Civil Procedure]*; and the court being of the opinion that execution of this request is proper under the provisions of 28 U.S.C.A. § 1782,

IT IS ORDERED that *[name of attorney]*, attorney at law, be, and is, appointed as special examiner, with full power to administer oaths and take testimony, to take and execute the letter rogatory *[according to the instructions given/according to the provisions of the Federal Rules of Civil Procedure]*, and, more particularly, to take the deposition of *[name of witness]* *[according to the procedure specified in the letter rogatory/on oral examination/on written questions attached to such letter rogatory]*.

FURTHER ORDERED that the clerk of this court issue a subpoena *[immediately/on request of [name of special examiner]]*, commanding *[name of witness]* to appear and be examined pursuant to the letter rogatory before *[name of special examiner]*, on *[date of appearance]*, at *[address of appearance]*, at *[time of day]* *[a.m./p.m.]*

Dated: *[date of order]*

Case 5:19-mc-80134-SVK   Document 2-2   Filed 05/20/19   Page 2 of 2

§ 23:291.Order—For execution of letter rogatory—Appointing..., 8 Fed. Proc. Forms §...

*[Name of judge]*
*[Title of judge]*

**Notes**

In re Letters Rogatory from Tokyo Dist., Tokyo, Japan, 539 F.2d 1216, 46 A.L.R. Fed. 950 (9th Cir. 1976).

---

**West's Key Number Digest**

- West's Key Number Digest, Federal Civil Procedure ⚖1312
- West's Key Number Digest, Federal Civil Procedure ⚖1316

---

Westlaw. © 2018 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

End of Document                              © 2019 Thomson Reuters. No claim to original
                                                                 U.S. Government Works.