UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV-19 80134 MISC

SVK

| | |
|---|---|
| Paletta International Corporation and Angelo Paletta<br><br>    Appellants,<br><br>vs.<br><br>Her Majesty the Queen in right of Canada<br><br>    Respondent | Case Number:<br><br>[~~PROPOSED~~] ORDER FOR EXECUTION OF LETTER ROGATORY DIRECTING ISSUANCE OF SUBPOENA |

The court having received on May 19, 2019, a letter rogatory issued from the Tax Court of Canada requesting this court to cause the deposition of Mr. Derek Baine, of 50 Ragsdale Drive, Suite 200, Monterey, CA 93940, such address located within this judicial district, to be taken on oath or affirmation before the Commissioner, the Honorable Justice Robert J. Hogan in accordance with the *Tax Court of Canada Rules (General Procedure)*; and the court being of the opinion that execution of this request is proper under the provisions of 28 U.S.C.A. § 1782.

**IT IS ORDERED** that the clerk of this court issue a subpoena immediately, commanding Mr. Derek Baine to appear and be examined pursuant to the letter rogatory before the Honorable Justice Robert J. Hogan, on June 3, 2018 at the boardroom of the Hilton DobleTree Hotel located at 2050 Gateway Place, San Jose, California, 95110, at 9:30 am.

Page **1** of **2**

Dated: MAY 20, 2019

_____
UNITED STATES DISTRICT JUDGE

*Form updated May 2018*
*4827-7025-4231, v. 1*